IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HORACE ALEXANDER, | § | |
| SPN #214418, | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-3630 |
| | § | |
| DR. MININO, | § | |
|   Defendant. | § | |

## **FINAL JUDGMENT**

  For the reasons stated in this Court's *Memorandum and Order* of even date, this civil action is **DISMISSED** without prejudice under 28 U.S.C. § 1915(g).

  This is a **FINAL JUDGMENT**.

  The Clerk will provide a copy of this order to the parties.

  SIGNED at Houston, Texas, on **November 21, 2006.**

Nancy F. Atlas<br>
United States District Judge